U.S. Department of Commerce
U.S. Census Bureau

**EXHIBIT D**

Table 1. APPORTIONMENT POPULATION AND NUMBER OF REPRESENTATIVES BY STATE: 2020 CENSUS

| STATE | APPORTIONMENT POPULATION (APRIL 1, 2020) | NUMBER OF APPORTIONED REPRESENTATIVES BASED ON 2020 CENSUS[2] | CHANGE FROM 2010 CENSUS APPORTIONMENT |
|---|---:|---:|---:|
| Alabama | 5,030,053 | 7 | 0 |
| Alaska | 736,081 | 1 | 0 |
| Arizona | 7,158,923 | 9 | 0 |
| Arkansas | 3,013,756 | 4 | 0 |
| California | 39,576,757 | 52 | -1 |
| Colorado | 5,782,171 | 8 | 1 |
| Connecticut | 3,608,298 | 5 | 0 |
| Delaware | 990,837 | 1 | 0 |
| Florida | 21,570,527 | 28 | 1 |
| Georgia | 10,725,274 | 14 | 0 |
| Hawaii | 1,460,137 | 2 | 0 |
| Idaho | 1,841,377 | 2 | 0 |
| Illinois | 12,822,739 | 17 | -1 |
| Indiana | 6,790,280 | 9 | 0 |
| Iowa | 3,192,406 | 4 | 0 |
| Kansas | 2,940,865 | 4 | 0 |
| Kentucky | 4,509,342 | 6 | 0 |
| Louisiana | 4,661,468 | 6 | 0 |
| Maine | 1,363,582 | 2 | 0 |
| Maryland | 6,185,278 | 8 | 0 |
| Massachusetts | 7,033,469 | 9 | 0 |
| Michigan | 10,084,442 | 13 | -1 |
| Minnesota | 5,709,752 | 8 | 0 |
| Mississippi | 2,963,914 | 4 | 0 |
| Missouri | 6,160,281 | 8 | 0 |
| Montana | 1,085,407 | 2 | 1 |
| Nebraska | 1,963,333 | 3 | 0 |
| Nevada | 3,108,462 | 4 | 0 |
| New Hampshire | 1,379,089 | 2 | 0 |
| New Jersey | 9,294,493 | 12 | 0 |
| New Mexico | 2,120,220 | 3 | 0 |
| New York | 20,215,751 | 26 | -1 |
| North Carolina | 10,453,948 | 14 | 1 |
| North Dakota | 779,702 | 1 | 0 |
| Ohio | 11,808,848 | 15 | -1 |
| Oklahoma | 3,963,516 | 5 | 0 |
| Oregon | 4,241,500 | 6 | 1 |
| Pennsylvania | 13,011,844 | 17 | -1 |
| Rhode Island | 1,098,163 | 2 | 0 |
| South Carolina | 5,124,712 | 7 | 0 |
| South Dakota | 887,770 | 1 | 0 |
| Tennessee | 6,916,897 | 9 | 0 |
| Texas | 29,183,290 | 38 | 2 |
| Utah | 3,275,252 | 4 | 0 |
| Vermont | 643,503 | 1 | 0 |
| Virginia | 8,654,542 | 11 | 0 |
| Washington | 7,715,946 | 10 | 0 |
| West Virginia | 1,795,045 | 2 | -1 |
| Wisconsin | 5,897,473 | 8 | 0 |
| Wyoming | 577,719 | 1 | 0 |
| TOTAL APPORTIONMENT POPULATION[1] | 331,108,434 | 435 | |

[1] Includes the resident population for the 50 states, as ascertained by the Twenty-Fourth Decennial Census under Title 13, United States Code, and counts of U.S. military and federal civilian employees living overseas (and their dependents living with them overseas) allocated to their home state, as reported by the employing federal agencies. The apportionment population excludes the population of the District of Columbia. The counts of overseas personnel (and dependents) are used for apportionment purposes only.

[2] The U.S. Census Bureau prepared these calculations using the existing size of the U.S. House of Representatives (435 members) and the Method of Equal Proportions, as provided for in Title 2, United States Code, Sections 2a and 2b.

 Gmail

Percy Squire <percysquire@gmail.com>

---

**County totals are included at the bottom of the table**

Mark J Salling <m.salling@csuohio.edu>  
To: Percy Squire <percysquire@gmail.com>

Tue, Aug 31, 2021 at 12:05 PM

Hi Percy.

The map below connects Cleveland, Warrenville Heights, Warren and Youngstown (with a break in Geauga County that my software choked on...?).

The population exceeds the target a bit, but one could play with the geography to get closer to the target population.

Assuming you are interested in a district with high proportion of AA, I tried to follow a path that generally picks up AA population between the county subdivisions.

The numbers of White, l race and AA, 1 race are 333,776 and 284,938, respectively.

I don't have time to pursue other scenarios...

Best

mark



[Quoted text hidden]

4/7/22, 3:13 PM
Case: 2:22-cv-00773-ALM-ART-BJB Doc #: 175-1 Filed: 04/08/22 Page: 3 of 10 PageID #: 25756
Gmail - County totals are included at the bottom of the table



Mark J. Salling, PhD, GISP

Maxine Goodman Levin College of Urban Affairs

Cleveland State University

(216) 687-3716



**From:** Percy Squire <percysquire@gmail.com>
**Sent:** Monday, August 30, 2021 7:42 AM
**To:** Mark J Salling <m.salling@csuohio.edu>
**Subject:** Re: County totals are included at the bottom of the table

CAUTION: This email originated from outside of Cleveland State University! Do not click links, open attachments, or reply, unless you recognize the sender's email address and know the content is safe

Dear Mark : Its my understanding that under the new rules, Cleveland must be contained in a single Congressional district and not split. If Cleveland is its own district, could a district be formed that includes Youngstown, Warren and Warrensville Heights?

On Fri, Aug 20, 2021 at 5:17 PM Mark J Salling <m.salling@csuohio.edu> wrote:

> You are welcome.
>
> FYI, my recent publication is at https://www.urisa.org/redistricting-guide
>
> mark
>
> Mark J. Salling, PhD, GISP
>
> Maxine Goodman Levin College of Urban Affairs
>
> Cleveland State University

| | Population | To target | Dev% | White_alt lack_or_ |
|---|---|---|---|---|---|
| 0 | 9,654,220.0 | -8,962,489.0 | 1295.66% | 0 | 0 |
| 1 | 721,741.0 | -30,010.0 | 4.34% | 333776 | 284938 |
| 2 | 0 | 691,731 | -100.0% | 0 | 0 |
| 3 | 0 | 691,731 | -100.0% | 0 | 0 |
| 4 | 0 | 691,731 | -100.0% | 0 | 0 |
| 5 | 0 | 691,731 | -100.0% | 0 | 0 |
| 6 | 0 | 691,731 | -100.0% | 0 | 0 |
| 7 | 0 | 691,731 | -100.0% | 0 | 0 |
| 8 | 0 | 691,731 | -100.0% | 0 | 0 |

Preview Selection | Undo Last Update | Flood Select
Display visible districts only | Refresh Attribute Table
Attributes
Preview Proposed Change

Case: 2:22-cv-00773-ALM-SOB Doc #: 5125 Filed: 04/08/22 Page: 5 of 10 PAGEID #: 4758

## Percent African American (all race combinations)

- 0.1% - 2.4%
- 2.5% - 5.9%
- 6.0% - 9.9%
- 10.0% - 14.9%
- 15.0% - 47.5%

**Current House Districts**

Prepared by
Levin. The Maxine Goodman Levin College of Urban Affairs
Cleveland State University

August 20, 2021 mjs

Source:
PL94-171, 2020 Census of Population,
U.S. Census Bureau





## 2020 Population of County Subdivisions in Columbiana, Mahoning, and Trumbull Counties

Source: PL94-171, 2020 Census of Population, Census Bureau

| COUNTY | NAME | Population | Population of one race | White alone | Black or African American alone | American Indian and Alaska Native alone | Asian alone | Native Hawaiian and Other Pacific Islander alone | Some Other Race alone | Population of two or more races | Black or African American, any combination | Hispanic / Latino | Proportion of 2020 CD | Proportion of 2020 HD | Proportion of SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Columbiana | Butler Twp. | 3,542 | 3,418 | 3,381 | 10 | 3 | 3 | 0 | 21 | 124 | 38 | 45 | 0.450% | 2.972% | 0.991% |
| Columbiana | Center Twp. | 5,793 | 5,569 | 5,474 | 59 | 5 | 10 | 0 | 21 | 224 | 91 | 60 | 0.736% | 4.860% | 1.620% |
| Columbiana | East Liverpool city | 9,958 | 9,287 | 8,730 | 461 | 30 | 26 | 1 | 39 | 671 | 803 | 124 | 1.266% | 8.355% | 2.785% |
| Columbiana | Elkrun Twp. | 4,367 | 4,305 | 3,359 | 908 | 19 | 13 | 0 | 6 | 62 | 918 | 182 | 0.555% | 3.664% | 1.221% |
| Columbiana | Fairfield Twp. | 9,769 | 9,415 | 9,304 | 27 | 7 | 40 | 1 | 36 | 354 | 73 | 149 | 1.242% | 8.196% | 2.732% |
| Columbiana | Franklin Twp. | 735 | 712 | 705 | 4 | 0 | 2 | 0 | 1 | 23 | 5 | 6 | 0.093% | 0.617% | 0.206% |
| Columbiana | Hanover Twp. | 3,459 | 3,372 | 3,341 | 11 | 5 | 5 | 0 | 10 | 87 | 27 | 24 | 0.440% | 2.902% | 0.967% |
| Columbiana | Knox Twp. | 4,068 | 3,917 | 3,885 | 11 | 2 | 7 | 2 | 10 | 151 | 40 | 38 | 0.517% | 3.413% | 1.138% |
| Columbiana | Liverpool Twp. | 3,862 | 3,720 | 3,638 | 34 | 14 | 13 | 2 | 19 | 142 | 65 | 64 | 0.491% | 3.240% | 1.080% |
| Columbiana | Madison Twp. | 2,922 | 2,833 | 2,808 | 13 | 5 | 5 | 0 | 2 | 89 | 29 | 26 | 0.371% | 2.452% | 0.817% |
| Columbiana | Middleton Twp. | 3,359 | 3,245 | 3,209 | 5 | 12 | 2 | 0 | 17 | 114 | 35 | 24 | 0.427% | 2.818% | 0.939% |
| Columbiana | Perry Twp. | 16,318 | 15,495 | 14,772 | 173 | 167 | 97 | 3 | 283 | 823 | 308 | 627 | 2.074% | 13.691% | 4.564% |
| Columbiana | St. Clair Twp. | 7,804 | 7,502 | 7,343 | 51 | 8 | 65 | 1 | 34 | 302 | 116 | 88 | 0.992% | 6.548% | 2.183% |
| Columbiana | Salem Twp. | 5,142 | 4,970 | 4,912 | 12 | 3 | 19 | 1 | 23 | 172 | 34 | 56 | 0.654% | 4.314% | 1.438% |
| Columbiana | Unity Twp. | 9,721 | 9,311 | 9,155 | 52 | 19 | 24 | 5 | 56 | 410 | 94 | 135 | 1.236% | 8.156% | 2.719% |
| Columbiana | Washington Twp. | 2,002 | 1,903 | 1,872 | 23 | 2 | 2 | 0 | 4 | 99 | 49 | 25 | 0.255% | 1.680% | 0.560% |
| Columbiana | Wayne Twp. | 797 | 773 | 761 | 7 | 4 | 0 | 0 | 1 | 24 | 17 | 22 | 0.101% | 0.669% | 0.223% |
| Columbiana | Wellsville V. | 3,113 | 2,887 | 2,647 | 221 | 6 | 3 | 0 | 10 | 226 | 338 | 22 | 0.396% | 2.612% | 0.871% |
| Columbiana | West Twp. | 3,173 | 3,069 | 3,034 | 4 | 5 | 8 | 0 | 18 | 104 | 23 | 36 | 0.403% | 2.662% | 0.887% |
| Columbiana | Yellow Creek Twp. | 1,973 | 1,870 | 1,825 | 36 | 3 | 2 | 0 | 4 | 103 | 54 | 19 | 0.251% | 1.655% | 0.552% |
| Mahoning | Austintown Twp. | 36,049 | 34,060 | 30,573 | 2,878 | 65 | 199 | 22 | 323 | 1,989 | 3,474 | 1,340 | 4.583% | 30.246% | 10.082% |
| Mahoning | Beaver Twp. | 6,756 | 6,507 | 6,375 | 78 | 7 | 26 | 0 | 21 | 249 | 132 | 83 | 0.859% | 5.668% | 1.889% |
| Mahoning | Berlin Twp. | 1,973 | 1,881 | 1,873 | 1 | 0 | 1 | 0 | 6 | 92 | 25 | 32 | 0.251% | 1.655% | 0.552% |
| Mahoning | Boardman Twp. | 40,213 | 37,912 | 33,582 | 3,021 | 66 | 735 | 12 | 496 | 2,301 | 3,737 | 1,915 | 5.112% | 33.740% | 11.247% |
| Mahoning | Campbell city | 7,852 | 6,929 | 4,334 | 1,857 | 24 | 17 | 4 | 693 | 923 | 2,163 | 1,735 | 0.998% | 6.588% | 2.196% |
| Mahoning | Canfield Twp. | 16,944 | 16,252 | 15,453 | 196 | 15 | 464 | 0 | 124 | 692 | 285 | 440 | 2.154% | 14.216% | 4.739% |
| Mahoning | Coitsville Twp. | 1,264 | 1,196 | 1,114 | 52 | 7 | 0 | 0 | 23 | 68 | 62 | 81 | 0.161% | 1.061% | 0.354% |
| Mahoning | Ellsworth Twp. | 2,128 | 2,059 | 2,045 | 2 | 3 | 2 | 0 | 7 | 69 | 12 | 33 | 0.271% | 1.785% | 0.595% |
| Mahoning | Fairfield Twp. | 839 | 825 | 810 | 0 | 1 | 12 | 0 | 2 | 14 | 1 | 15 | 0.107% | 0.704% | 0.235% |
| Mahoning | Goshen Twp. | 3,101 | 2,977 | 2,917 | 7 | 13 | 15 | 1 | 24 | 124 | 29 | 47 | 0.394% | 2.602% | 0.867% |
| Mahoning | Green Twp. | 3,414 | 3,321 | 3,270 | 17 | 2 | 14 | 1 | 17 | 93 | 25 | 59 | 0.434% | 2.864% | 0.955% |
| Mahoning | Jackson Twp. | 2,124 | 2,054 | 2,030 | 7 | 2 | 5 | 0 | 10 | 70 | 22 | 32 | 0.270% | 1.782% | 0.594% |
| Mahoning | Lowellville V. | 996 | 938 | 924 | 4 | 4 | 0 | 0 | 6 | 58 | 18 | 31 | 0.127% | 0.836% | 0.279% |
| Mahoning | Milton Twp. | 3,565 | 3,376 | 3,339 | 15 | 5 | 16 | 0 | 1 | 189 | 48 | 47 | 0.453% | 2.991% | 0.997% |
| Mahoning | New Middletown V. | 1,507 | 1,451 | 1,440 | 3 | 2 | 4 | 0 | 2 | 56 | 12 | 30 | 0.192% | 1.264% | 0.421% |
| Mahoning | Perry Twp. | 6 | 6 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0.001% | 0.005% | 0.002% |
| Mahoning | Poland Twp. | 14,664 | 14,140 | 13,883 | 62 | 12 | 111 | 1 | 71 | 524 | 139 | 438 | 1.864% | 12.303% | 4.101% |
| Mahoning | Sebring V. | 4,191 | 4,064 | 4,028 | 12 | 5 | 9 | 1 | 9 | 127 | 46 | 37 | 0.533% | 3.516% | 1.172% |
| Mahoning | Smith Twp. | 4,097 | 3,898 | 3,839 | 29 | 5 | 7 | 1 | 17 | 199 | 73 | 59 | 0.521% | 3.437% | 1.146% |
| Mahoning | Springfield Twp. | 6,800 | 6,524 | 6,393 | 46 | 13 | 26 | 0 | 46 | 276 | 101 | 158 | 0.864% | 5.705% | 1.902% |
| Mahoning | Struthers city | 10,063 | 9,372 | 8,668 | 475 | 19 | 51 | 6 | 153 | 691 | 681 | 586 | 1.279% | 8.443% | 2.814% |
| Mahoning | Youngstown city | 60,068 | 55,439 | 25,827 | 26,072 | 258 | 266 | 28 | 2,988 | 4,629 | 28,521 | 6,895 | 7.636% | 50.398% | 16.799% |
| Trumbull | Bazetta Twp. | 5,912 | 5,648 | 5,509 | 65 | 4 | 45 | 0 | 25 | 264 | 119 | 80 | 0.752% | 4.960% | 1.653% |
| Trumbull | Bloomfield Twp. | 1,249 | 1,201 | 1,174 | 25 | 1 | 0 | 0 | 1 | 48 | 35 | 5 | 0.159% | 1.048% | 0.349% |
| Trumbull | Braceville Twp. | 2,467 | 2,345 | 2,241 | 64 | 3 | 10 | 0 | 27 | 122 | 76 | 45 | 0.314% | 2.070% | 0.690% |
| Trumbull | Bristol Twp. | 2,704 | 2,557 | 2,531 | 11 | 0 | 1 | 0 | 14 | 147 | 30 | 32 | 0.344% | 2.269% | 0.756% |



Levin. The Maxine Goodman Levin College of Urban Affairs

Prepared by:
The Northern Ohio Data Information Service (NODIS)
Maxine Goodman Levin College of Urban Affairs

2020 Population of County Subdivisions in Columbiana, Mahoning, and Trumbull Counties

Source: PL94-171, 2020 Census of Population, Census Bureau

| COUNTY | NAME | Population | Population of one race | White alone | Black or African American alone | American Indian and Alaska Native alone | Asian alone | Native Hawaiian and Other Pacific Islander alone | Some Other Race alone | Population of two or more races | Black or African American, any combination | Hispanic / Latino | Proportion of 2020 CD | Proportion of 2020 HD | Proportion of SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trumbull | Brookfield Twp. | 8,447 | 8,022 | 7,699 | 261 | 8 | 17 | 3 | 34 | 425 | 396 | 106 | 1.074% | 7.087% | 2.362% |
| Trumbull | Champion Twp. | 9,381 | 8,954 | 8,797 | 80 | 11 | 30 | 0 | 36 | 427 | 147 | 125 | 1.193% | 7.871% | 2.624% |
| Trumbull | Cortland city | 7,105 | 6,837 | 6,639 | 101 | 11 | 52 | 0 | 34 | 268 | 165 | 128 | 0.903% | 5.961% | 1.987% |
| Trumbull | Farmington Twp. | 2,993 | 2,920 | 2,912 | 5 | 2 | 0 | 0 | 1 | 73 | 28 | 13 | 0.380% | 2.511% | 0.837% |
| Trumbull | Fowler Twp. | 2,360 | 2,264 | 2,231 | 9 | 2 | 1 | 2 | 19 | 96 | 15 | 26 | 0.300% | 1.980% | 0.660% |
| Trumbull | Greene Twp. | 950 | 920 | 911 | 6 | 0 | 1 | 0 | 2 | 30 | 13 | 8 | 0.121% | 0.797% | 0.266% |
| Trumbull | Gustavus Twp. | 834 | 783 | 772 | 4 | 0 | 4 | 0 | 3 | 51 | 11 | 8 | 0.106% | 0.700% | 0.233% |
| Trumbull | Hartford Twp. | 1,861 | 1,800 | 1,784 | 5 | 4 | 2 | 0 | 5 | 61 | 16 | 27 | 0.237% | 1.561% | 0.520% |
| Trumbull | Howland Twp. | 19,042 | 18,120 | 16,958 | 698 | 41 | 320 | 6 | 97 | 922 | 951 | 354 | 2.421% | 15.977% | 5.326% |
| Trumbull | Hubbard Twp. | 12,969 | 12,424 | 11,967 | 311 | 16 | 48 | 1 | 81 | 545 | 408 | 265 | 1.649% | 10.881% | 3.627% |
| Trumbull | Johnston Twp. | 1,739 | 1,652 | 1,623 | 5 | 1 | 11 | 0 | 12 | 87 | 9 | 24 | 0.221% | 1.459% | 0.486% |
| Trumbull | Kinsman Twp. | 1,751 | 1,677 | 1,647 | 8 | 8 | 10 | 0 | 4 | 74 | 29 | 23 | 0.223% | 1.469% | 0.490% |
| Trumbull | Liberty Twp. | 21,514 | 20,262 | 16,878 | 2,943 | 48 | 173 | 1 | 219 | 1,252 | 3,411 | 758 | 2.735% | 18.051% | 6.017% |
| Trumbull | Lordstown V. | 3,332 | 3,197 | 3,052 | 103 | 8 | 18 | 0 | 16 | 135 | 128 | 55 | 0.424% | 2.796% | 0.932% |
| Trumbull | McDonald V. | 3,172 | 3,020 | 2,939 | 57 | 3 | 10 | 0 | 11 | 152 | 78 | 58 | 0.403% | 2.661% | 0.887% |
| Trumbull | Mecca Twp. | 2,319 | 2,215 | 2,192 | 8 | 8 | 6 | 0 | 1 | 104 | 15 | 19 | 0.295% | 1.946% | 0.649% |
| Trumbull | Mesopotamia Twp. | 3,404 | 3,357 | 3,320 | 34 | 1 | 1 | 1 | 0 | 47 | 50 | 16 | 0.433% | 2.856% | 0.952% |
| Trumbull | Newton Twp. | 8,618 | 8,180 | 8,028 | 88 | 12 | 14 | 0 | 38 | 438 | 164 | 123 | 1.096% | 7.231% | 2.410% |
| Trumbull | Orangeville V. | 174 | 167 | 165 | 1 | 0 | 0 | 0 | 1 | 7 | 3 | 1 | 0.022% | 0.146% | 0.049% |
| Trumbull | Southington Twp. | 3,731 | 3,552 | 3,499 | 24 | 3 | 12 | 0 | 14 | 179 | 53 | 39 | 0.474% | 3.130% | 1.043% |
| Trumbull | Vernon Twp. | 1,337 | 1,282 | 1,271 | 2 | 0 | 2 | 0 | 7 | 55 | 10 | 11 | 0.170% | 1.122% | 0.374% |
| Trumbull | Vienna Twp. | 3,978 | 3,815 | 3,722 | 58 | 0 | 24 | 0 | 11 | 163 | 85 | 53 | 0.506% | 3.338% | 1.113% |
| Trumbull | Warren city | 39,201 | 36,217 | 24,595 | 10,944 | 66 | 153 | 10 | 449 | 2,984 | 12,468 | 1,104 | 4.983% | 32.891% | 10.964% |
| Trumbull | Warren Twp. | 4,744 | 4,411 | 3,990 | 367 | 14 | 14 | 1 | 25 | 333 | 453 | 92 | 0.603% | 3.980% | 1.327% |
| Trumbull | Weathersfield Twp. | 24,689 | 23,234 | 22,016 | 913 | 24 | 128 | 1 | 152 | 1,455 | 1,343 | 581 | 3.139% | 20.715% | 6.905% |
| Trumbull | Youngstown city | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.000% | 0.000% | 0.000% |
| | Total | 532,468 | 503,787 | 437,938 | 54,157 | 1,146 | 3,434 | 119 | 6,993 | 28,681 | 63,473 | 20,024 | 67.690% | 446.753% | 148.918% |
| | Columbiana | 101,877 | 97,573 | 94,155 | 2,122 | 319 | 346 | 16 | 615 | 4,304 | 3,157 | 1,752 | 12.951% | 85.477% | 28.492% |
| | Mahoning | 228,614 | 215,181 | 172,721 | 34,835 | 528 | 1,981 | 77 | 5,039 | 13,433 | 39,607 | 14,093 | 29.062% | 191.812% | 63.937% |
| | Trumbull | 201,977 | 191,033 | 171,062 | 17,200 | 299 | 1,107 | 26 | 1,339 | 10,944 | 20,709 | 4,179 | 25.676% | 169.463% | 56.488% |

