# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Reverend Kenneth L. Simon, et al., | ) | CASE NO.: 4:22CV612 |
| Petitioner, | ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | **JUDGMENT ENTRY** |
| Mike DeWine, et al., | ) ) | |
| Respondents. | ) ) | |

For the reasons stated in the Opinion and Order filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that this matter is hereby DISMISSED.

IT IS SO ORDERED.

October 12, 2023              /s/ John R. Adams
                              JUDGE JOHN R. ADAMS
                              UNITED STATES DISTRICT COURT