# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Reverend Kenneth L. Simon, et al., | ) | CASE NO.: 4:22CV612 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Mike DeWine, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Consistent with the April 9, 2024 opinion from the Sixth Circuit, a three-judge panel has been designated to preside over this matter. The parties are instructed to file position statements detailing what they believe is the appropriate path to move this matter forward. These statements shall be filed no later than 12:00 p.m. on May 15, 2024.

To further assist the panel with resolving the pending renewed motion for injunctive relief in a timely manner, any opposition to Plaintiffs' renewed motion (Doc. 39) for injunctive relief and partial summary judgment shall be filed no later than May 17, 2024. Any reply in support of the motion shall be filed no later than three (3) days after the opposition has been filed.

IT IS SO ORDERED.

May 10, 2024

/s/ John R. Adams  
JUDGE JOHN R. ADAMS  
UNITED STATES DISTRICT COURT

/s/ Solomon Oliver  
JUDGE SOLOMON OLIVER  
UNITED STATES DISTRICT COURT

/s/ Joan L. Larsen  
JUDGE JOAN L. LARSEN  
SIXTH CIRCUIT COURT OF APPEALS