**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Reverend Kenneth L. Simon, et al., | ) | CASE NO.:  4:22CV612 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Mike DeWine, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In their renewed motion for injunctive relief, Plaintiffs seek to enjoin the issuance of a certificate of election for the June 11, 2024 special election for Ohio's 6th Congressional District. However, the parties have not provided the Court with any additional information that would provide a timeline in which such a certificate would issue following the election. Accordingly, the parties are ordered to supplement the record with information detailing when such a certificate would ordinarily issue following an election. Any such supplement shall be filed by May 20, 2024.

IT IS SO ORDERED.

May 16, 2024                                         _/s/ John R. Adams_____
                                                     JUDGE JOHN R. ADAMS
                                                     UNITED STATES DISTRICT COURT

                                                     _/s/ Solomon Oliver_____
                                                     JUDGE SOLOMON OLIVER
                                                     UNITED STATES DISTRICT COURT

                                                     _/s/ Joan L. Larsen_____
                                                     JUDGE JOAN L. LARSEN
                                                     SIXTH CIRCUIT COURT OF APPEALS