UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Reverend Kenneth L. Simon, et al., | ) | CASE NO.: 4:22CV612 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| Mike DeWine, et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Opinion and Order filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that this matter is hereby DISMISSED.

IT IS SO ORDERED.

July 1, 2024

  /s/ John R. Adams
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT

 /s/ Solomon Oliver
JUDGE SOLOMON OLIVER
UNITED STATES DISTRICT COURT

 /s/ Joan L. Larsen
JUDGE JOAN L. LARSEN
SIXTH CIRCUIT COURT OF APPEALS